```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  NED SMOCK
    Assistant Federal Public Defender
 3  555 - 12th Street, Suite 650
    Oakland, CA 94607-3627
 4  Telephone: (510) 637-3500

 5  Counsel for Defendant SBONA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00549 CW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING STATUS** |
| v. | ) | **HEARING AND SETTING BEFORE** |
| | ) | **MAGISTRATE JUDGE** |
| SEBASTIAN SBONA, | ) | |
| | ) | Hearing Date: January 27, 2010 |
| Defendant. | ) | Requested Date: March 9, 2010 before |
| | ) | Magistrate Judge Beeler |

The above-captioned matter is set on January 27, 2010 before Magistrate Judge Beeler for a status hearing. The parties jointly request that this Court continue the matter to March 9, 2010 at 10:00 a.m. and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(4) and (7)(B)(iv), between the date of this stipulation and March 9, 2010.

The defense has been reviewing discovery and performing legal research. In addition, Mr. Sbona suffered from cardiac arrest in early July and had a pacemaker inserted. He has had complications, including ongoing escalation of arrhythmia, which medical professionals are trying to correct. In his current medical state, it has not yet been possible to have substantive meetings to discuss the case. The failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for

1  effective preparation, taking into account the exercise of due diligence.  Because Judge
2  Wilken will be unavailable in March, the parties ask that the matter be calendared again
3  before Your Honor.
4       The parties further stipulate and agree that the time from January 27, 2010 to March
5  9, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18
6  U.S.C. §§ 3161(h)(4) and (7)(B)(iv).

8  January 25, 2010                              /s/
                                          NED SMOCK
9                                         Assistant Federal Public Defender

11 January 25, 2010                              /s/
                                          CHINHAYI CADET
12                                        Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because of the defendant's health problems and to allow effective defense preparation of the case.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of January 27, 2010 is continued to March 9, 2010 at 10:00 a.m. and that time be excluded from January 27, 2010 to March 9, 2010 pursuant to 18 U.S.C. §§ 3161(h)(4) and (7)(B)(iv).

IT IS SO ORDERED.

| | |
|---|---|
| January 26, 2010 | /s/ Laruel Beeler |
| Date | HON. LAUREL BEELER |
| | United States Magistrate Judge |