1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHINHAYI COLEMAN CADET  (CABN 194542)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3680
7      Fax: (510) 637-3724
       E-Mail:  chinhayi.cadet@usdoj.gov
8
9  Attorneys for the United States of America

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                          OAKLAND DIVISION
13

14 UNITED STATES OF AMERICA,           )   No.  09-00549 CW
                                       )
15       Plaintiff,                    )   [PROPOSED] ORDER EXCLUDING
                                       )   TIME PURSUANT TO THE SPEEDY
16       v.                            )   TRIAL ACT
                                       )
17 SEBASTIAN SBONA,                    )   Date:     April 16, 2010
                                       )   Time:     10:00 a.m.
18       Defendant.                    )   Court:    Hon. Donna M. Ryu
   _____)

19       Defense counsel Ned Smock appeared at a status conference before the Court on April

20 16, 2010 representing Defendant Sebastian Sbona, whose appearance was waived.  With the

21 agreement of the parties, and with the consent of the defendant, the Court enters this order

22 documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A)

23 and (B), from April 16, 2010 to May 28, 2010.  The parties agreed, and the Court found and held,

24 as follows:

25       1.     Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial

26 Act so that defense counsel would have additional time to investigate this matter, interview

27 additional witnesses, confer with Defendant, and prepare for the trial of this matter, taking into

28 account the exercise of due diligence.

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-09-00549 CW

2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from April 16, 2010 to May 28, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of defendant Sebastian Sbona, the period from April 16, 2010 to May 28, 2010 is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: ~~March~~ APRIL 16, 2010

GRANTED
Judge Donna M. Ryu

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

Approved As To Form:

_____/s/_____
CHINHAYI COLEMAN CADET
Assistant United States Attorney
Counsel for United States

_____/s/_____
NED SMOCK
Counsel for Defendant Sebastian Sbona

[~~PROPOSED~~] ORDER RE: TIME EXCLUSION
CR-09-00549 CW                                    2