JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHINHAYI COLEMAN CADET  (CABN 194542)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail:  chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SEBASTIAN SBONA,<br><br>    Defendant. | No.  09-00549 CW<br><br>[PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT AND ORDERING DEFENDANT'S APPEARANCE AT NEXT COURT APPEARANCE<br><br>Date:   June 10, 2010<br>Time:   10:00 a.m.<br>Court:  Hon. Laurel Beeler |

     Defense counsel Ned Smock appeared at a status conference before the Court on June 10, 2010 representing Defendant Sebastian Sbona, whose appearance was waived.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from June 10, 2010 to August 12, 2010.  The parties agreed, and the Court found and held, as follows:

     1.    Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have additional time to investigate this matter, interview additional witnesses, confer with Defendant, and prepare for the trial of this matter, taking into

[PROPOSED] ORDER RE: TIME EXCLUSION

account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from June 10, 2010 to August 12, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of defendant Sebastian Sbona, the period from June 10, 2010 to August 12, 2010 is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS FURTHER ORDERED that :

Defendant Sebastian Sbona is ordered to appear in Court on August 12, 2010 at 1:00 p.m. If the defendant is unable to appear in Court at this next scheduled appearance, he is ordered to provide his medical records to the prosecution by July 29, 2010.

IT IS SO ORDERED.

DATED: June 14, 2010

LAUREL BEELER
United States Magistrate Judge

Approved As To Form:

/s/
CHINHAYI COLEMAN CADET
Assistant United States Attorney
Counsel for United States

/s/
NED SMOCK
Counsel for Defendant Sebastian Sbona

[PROPOSED] ORDER RE: TIME EXCLUSION

2