1 BARRY J. PORTMAN
Federal Public Defender
2 JEROME E. MATTHEWS
Assistant Federal Public Defender
3 555 - 12th Street
Suite 650
4 Oakland, CA 94607-3627
Telephone:  (510) 637-3500

5

Counsel for Defendant SEBASTIAN SBONA

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )    No. CR-09 00549 CW[LB]
                                               )
12                 Plaintiff,           )
                                               )    STIPULATION AND [PROPOSED]
13 vs.                                   )    ORDER CONTINUING STATUS
                                               )    CONFERENCE
14 SEBASTIAN SBONA,                 )
                                           )
15                 Defendant.         )
_____)

16

17       Sebastian Sbona presently is scheduled to appear before the Court for a status conference

18 on Thursday, September 30, 2010.  Defense counsel has been working diligently to obtain

19 documents relevant to this case, and is now in a position to submit these documents to the

20 government for review.  Both parties believe that review and discussion of these documents may

21 aid in reaching a resolution of this case.

22       For these reasons, IT IS STIPULATED AND AGREED that the status conference be

23 continued to October 22, 2010, and that time under the Speedy Trial Act shall continue to be

24 excluded, to and including October 22, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv) for effective

25 preparation of defense counsel, given the exercise of due diligence.

26       SO STIPULATED.

STIP/ORD                                      1

| | |
|---|---|
| Dated: September 29, 2010 | /S/ _____<br>JEROME E. MATTHEWS<br>Assistant Federal Public Defender |
| Dated: September 29, 2010 | /S/ _____<br>CHINHAYI CADET<br>Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.        /S/ JEROME E. MATTHEWS

Good cause appearing therefor, IT IS ORDERED that the status conference previously scheduled for September 30, 2010, be continued to October 22, 2010, and that time under the Speedy Trial Act shall continue to be excluded, to and including October 22, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv) for effective preparation of defense counsel, given the exercise of due diligence.

Dated: September 30, 2010        _____<br>LAUREL BEELER<br>United States Magistrate Judge

STIP/ORD                                    2