MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief

CHINHAYI COLEMAN CADET  (CABN 194542)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, CA 94612
  Telephone: (510) 637-3924
  Fax: (510) 637-3724
  E-Mail: chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. 09-00549 CW |
|---|---|---|
|     Plaintiff, | ) | [~~PROPOSED~~] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
|     v. | ) | |
| SEBASTIAN SBONA, | ) | |
|     Defendant. | ) | |

       Counsel for Defendant Sebastian Sbona appeared at a status conference before the Court on October 22, 2010.  Mr. Sbona's appearance was waived due to a scheduling error.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B), from October 22, 2010 to November 4, 2010.  The parties agreed, and the Court found and held, as follows:

       1.     Defendant sought and agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have additional time to investigate this matter, interview additional witnesses, confer with Defendant, and prepare for the trial of this matter, taking into

[~~PROPOSED~~] ORDER RE: TIME EXCLUSION

account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 22, 2010 to November 4, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS HEREBY ORDERED that:

With the consent of defendant Sebastian Sbona, the period from October 22, 2010 to November 4, 2010 is excluded from the Speedy Trial Act calculations for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: October 25, 2010

*Lashunda Scott*
LAUREL BEELER
United States Magistrate Judge

Approved As To Form:

    /s/  
CHINHAYI COLEMAN CADET  
Assistant United States Attorney  
Counsel for United States

    /s/  
JEROME MATTHEWS  
Counsel for Defendant Sebastian Sbona

[PROPOSED] ORDER RE: TIME EXCLUSION

2